**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-70A** **DATE: October 3, 2005**

**TITLE: USA v. RAMON DEJESUS-CASTILLO**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Adi Goldstein, AUSA
Kevin Fitzgerald, Esq.
Charleen Tryhubczak, Pretrial Services
Ana-Cecilia Rosado, Spanish Interpreter

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Court informs deft of rights and charge.
Deft understands rights and charge.
Court appoints federal public defender.
Waiver of preliminary exam.
Court informs deft of rights .
Deft understands waiver and rights.
Court accepts waiver.
Deft requests detention.
No argument.
INS detainer.
Deft remanded to custody.