AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Ramon Dejesus Castillo

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Ramon Dejesus-Castillo, charged in a ☑ complaint ☐ petition pending in this District with Poss. of Marij. & Consp. to Poss. in violation of Title 21, U.S.C., 841 & 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

X Ramon Dejesus Castillo
*Defendant*

10-3-05
*Date*

[signature]
*Counsel for Defendant*