UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 05-125ML |
| RAMON DEJESUS-CASTILLO | : | |

MOTION TO CONTINUE EMPANELMENT

NOW COMES the defendant, Ramon DeJesus-Castillo, and through counsel, moves this Honorable Court to continue this matter presently scheduled for jury trial on December 30, 2005 for an additional thirty (30) days. In support of this motion defense counsel states that due to his heavy caseload in conjunction with recent extensive preparation for a December 7, 2005 oral argument presently scheduled before the First Circuit Court of Appeals, counsel has been unable to visit with the defendant to review the discovery in this matter. Counsel further states that the parties have been actively trying to resolve this matter by way of plea. Due to the lengthy possible sentence and complex issues involved in this case, more time is required to review all discovery and finalize any agreement.

In order for the Court to encourage dispositions short of trial in order to save valuable judicial resources; in order for the US Attorney to avoid unnecessary trial preparation; and in order for Mr. DeJesus-Castillo to have the full benefit of a reasonable time to review discovery and obtain a plea offer, and fully consider his plea options, this Court should grant a 30 day continuance of this The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Granted. Mary M. Lisi USDJ 12/7/05

RAMON DEJESUS-CASTILLO
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 6th day of December, 2005, I hand-delivered a true copy of the within motion to Mary E. Rogers, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.