UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 05-125-02ML |
| | ) | |
| RAMON DEJESUS-CASTILLO | ) | |

---

## MOTION FOR ENLARGEMENT OF TIME

Now comes the defendant Ramon DeJesus-Castillo and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that counsel is on vacation April 14, 2006 through and including April 19, 2006 which is within the initial ten day period ending April 18, 2006. For this reason the defendant is seeking an enlargement of time from April 18, 2006 to April 25, 2006.

Respectfully Submitted,
Ramon DeJesus-Castillo
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused of copy of this Motion to be delivered to AUSA Mary A. Rogers and USPO Dennis J. Jenkins on this the 12th day of April 2006.