**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-125-02ML** |
| | ) | |
| **RAMON DEJESUS-CASTILLO** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Ramon DeJesus-Castillo, and notices his appeal to the United States Court of Appeals for the First Circuit of the sentence imposed in the matter on May 10, 2006.

Respectfully Submitted,
Ramon DeJesus-Castillo
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused of copy of this Notice to be delivered to AUSA Mary E. Rogers on the 19th day of May, 2006.