UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 22, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-125-02ML
USA v. Ramon DeJesus Castillo

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By________________________
John Duhamel
Deputy Clerk

Enc.: Case file; Statement of Reasons (sealed); PSR (sealed)