05-0025
USDC-RI
Judge Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1842

UNITED STATES,

Appellee,

v.

RAMON DEJESUS-CASTILLO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: July 3, 2007

After a thorough review of the record and of the parties' submissions, we affirm on the ground that appellant, Ramon DeJesus-Castillo ("DeJesus"), waived his right to appeal his sentence, including the court's guideline calculations and any sentence imposed within the guideline range. See United States v. Teeter, 257 F.3d 14, 24-25 (1st Cir. 2001) (waiver is presumptively valid where the written plea agreement signed by the defendant "contains a clear statement elucidating the waiver and delineating its scope" and where the district court has questioned the defendant at the change of plea hearing regarding his understanding of the appeal waiver). Upholding the waiver will not work a miscarriage of justice. See Teeter, 257 F.3d at 25. There is no indication on this record that DeJesus would have qualified for the safety valve, even if his attorney had argued that the presence of the weapon in the stash house did not disqualify him. This is because there is no indication that DeJesus met the fifth requirement of the safety valve, that is, that he "truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct[.]"

U.S.S.G. § 5C1.2(a)(5). Accordingly, DeJesus has failed to demonstrate that his attorney's omission resulted in a miscarriage of justice.

To the extent DeJesus is attempting to advance an independent claim for ineffective assistance, the claim is not cognizable here. See United States v. Carrington, 96 F.3d 1, 6 (1st Cir. 1996).

Appeal dismissed. See 1st Cir. R. 27.0(c).

By the Court:

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/25/07

Richard Cushing Donovan, Clerk.

By: ERIC H. DEININGER
Appeals Attorney

[cc: Mary Rogers, AUSA, Donald Lockhart, AUSA, Angela Lehman, Esq.]